THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Rodger Robinson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODGER ROBINSON, | Case No.  2:06-CV-1071-EFB |
| Plaintiff, | STIPULATION OF DISMISSAL; ORDER |
| v. | |
| CAETONS INC., and CALIFORNIA FRESH RESTAURANTS, INC. | |
| Defendants. | |

The parties hereto stipulate as follows:

The parties have reached a full and final settlement of all issues in this action.  A Settlement Agreement between the parties has been fully executed.

Some parts of the Settlement Agreement are to be performed in the future.  The parties shall comply with their Settlement Agreement, a copy of which is incorporated by reference as if fully set forth.  As agreed by the parties, the court shall retain jurisdiction over this matter for one year from the date hereof in order to enforce the terms of the Settlement Agreement. *Kokkonen v. Guardian Life Insurance Co. Of America,* 511 U.S. 375, 381-82 (1994).

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement for one year after the date hereof.

Date:  March 7, 2007

Date:  March 16, 2007

S/Catherine M. Corfee,
Attorney for Defendants

S/Thomas N. Stewart, III,
Attorney for Plaintiff

IT IS SO ORDERED:

Date:  March 21, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE